# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2014

## NO. 03-14-00249-CR

**Eric Sweningson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.